781 S.E.2d 560

**Re: ELECTRONIC FILING PILOT PROGRAM–
SPECIAL REFEREES.**

**Appellate Case No. 2015–002439.**

Supreme Court of South Carolina.

Jan. 15, 2016.

## ORDER

Pursuant to the provisions of Article V, Section 4 of the South Carolina Constitution,

IT IS ORDERED that, until further notice, attorneys acting as special referees are exempt from mandatory Electronic Filing (E–Filing) in cases where they are acting as special referees. Attorneys acting as special referees may: (1) E–File documents associated with the case; (2) utilize a Traditional Filing method, such as submitting documents to the clerk of court directly or mailing the documents to the clerk; or (3) with permission of a clerk of court, email documents to the clerk of court.

This Order does not excuse attorneys who serve as special referees from mandatory E–Filing in cases where they are counsel for a party. This Order is effective immediately.

s/Costa M. Pleicones
Costa M. Pleicones
Chief Justice of South Carolina